UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JUDGMENT IN A CIVIL CASE

DAVID L. HADLEY                                    )
                                                   )
        vs.                                        )        Case No. 06-947-CV-W-RED-SSA
                                                   )
MICHAEL J. ASTRUE.                                 )
                                                   )

_        Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been
         tried and the jury has rendered its verdict.

X        Decision by Court.  This action came to decision before the Court.  The issues have been
         determined and a decision has been rendered.

         After careful consideration, the Court enters final judgment, pursuant to sentence four of
         42 U.S.C. § 405(g), **REVERSING** the decision of the Administrative Law Judge and
         **REMANDING** the case to the Commissioner for action in accordance with this Order.

         **IT IS SO ORDERED.**


 February 21, 2008                                      P. L. Brune
Date                                               Clerk


Entered on: February 21, 2008                      s/ Karen. Siegert
                                                   (By) Deputy Clerk